Timothy MOSES *v.* STATE of Arkansas

CR 96-680                                      940 S.W.2d 496

Supreme Court of Arkansas
Opinion delivered April 7, 1997

*Richard H. Young*, for appellant.

No response.

PER CURIAM. Appellant, Timothy Moses, by his attorney, Richard H. Young, has filed a motion for rule on the clerk. His attorney "excepts full responsibility for the late filing." We assume he means he "accepts" responsibility for the error.

■ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See per curiam order dated February 5, 1979. *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.